[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10170

_____

PAYCARGO, LLC,

Plaintiff-Appellee,

*versus*

CARGOSPRINT LLC,
JOSHUA WOLF,
An individual,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-22995-LFL

2                    Opinion of the Court                    23-10170

_____

Before WILSON, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Defendants-Appellants CargoSprint, LLC and Joshua Wolf appeal the district court's final judgment in favor of Plaintiff-Appellee PayCargo, LLC. Defendants-Appellants alleged the following on appeal:

I.    The district court erred in granting summary judgment in favor of PayCargo on its Lanham Act claims.

II.   The district court erred in denying their motion for summary judgment on the breach of contract claims.

III.  When calculating damages, the district court abused its discretion in declining to admit Defendants-Appellants' bank records and entire database concerning costs and payments.

IV.   The district court abused its discretion in awarding attorney's fees to PayCargo under the Lanham Act, finding that the case was exceptional.

After careful review and consideration of the briefs and the record, and having the benefit of oral argument, we find no reversible error in the proceedings in the district court. Therefore, the judgment of the district court is

**AFFIRMED.**